UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**ADMIRAL INSURANCE COMPANY,**

   Plaintiff,

v.   No. 4:24-cv-00776-P

**REGENCY CONVERSIONS INC., ET AL.,**

   Defendants.

## ORDER

Before the Court is Plaintiff Admiral Insurance Company's Motion for Entry of Default and Motion for Default Judgment. ECF No. 28. Having considered the Motion, relevant docket entries, and applicable law, the Court **GRANTS** the Motion against Defendant, John Dee Spicer, as Chapter 7 Trustee for the Estate of Defendant Regency Conversions, Inc.

Mr. Spicer was formally served with Summons, and his deadline to file an Answer was May 7, 2025. Spicer has not filed an Answer or otherwise made an appearance. Additionally, although a certificate of conference is not required for this Motion, the Plaintiff has indicated that Mr. Spicer "is unopposed to the entry of default judgment against him." ECF No. 29 at 1.

Accordingly, Clerk of Court is instructed to **ENTER** default against Defendant, John Dee Spicer, as Chapter 7 Trustee for the Estate of Defendant Regency Conversions, Inc. It is also **ORDERED** and **DECLARED** that the Prior Products and Operations Exclusion in Admiral Insurance Company policy no. CA000026458-02 eliminates Admiral Insurance Company's duty to defend or indemnify Regency Conversions, Inc. under Admiral Insurance Company CGL policy no. CA000026458-02 and Admiral Insurance Company excess liability policy no. GX000000338-02 with respect to the claims in Case No.: 30-2021-01214563-CU-PL-CJC, *Victor Manuel Rodriguez, Individually*

*and as Successor in Interest to the Estates of Maria Del Carmen Rodriguez and Stephanie Rodriguez, et.al. v. Gabriel Aguirre Cardenas, an Individual, et.al.*, in the Superior Court of the State of California, Orange County – Central Justice Center (the "Underlying Lawsuit"). It is further **ORDERED** and **DECLARED** that Admiral Insurance Company has no duty to defend or indemnify Regency Conversions, Inc. under Admiral Insurance Company policy no. CA000026458-02 or Admiral Insurance Company excess liability policy no. GX000000338-02 with respect to the claims in the Underlying Lawsuit.

**SO ORDERED** on this **4th day of August 2025.**

_____
**MARK T. PITTMAN**
UNITED STATES DISTRICT JUDGE