UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ADMIRAL INSURANCE COMPANY, | § § § | |
| *Plaintiff,* | § § | Civil Action No. 4:24-cv-000776 |
| v. | § § § | |
| JOHN DEE SPICER, AS CHAPTER 7 TRUSTEE FOR THE ESTATE OF DEFENDANT REGENCY CONVERSIONS, INC.; WAYNE DAVIS; WAYNE DAVIS AUTO GROUP, LLC; WDAG, A TEXAS PARTNERSHIP; WDAG, INC.; and MARY ANN DAVIS, | § § § § § § § § § § § | **JURY DEMAND** |
| *Defendants.* | | |

## AGREED MOTION FOR ENTRY OF JUDGMENT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COME NOW, Plaintiff ADMIRAL INSURANCE COMPANY ("Admiral") and Defendants WAYNE DAVIS, MARY ANN DAVIS, and WAYNE DAVIS AUTO GROUP, LLC, (collectively, the "Davis Defendants"), and jointly request that the attached judgment be entered by this Court.

On August 8, 2025, Admiral and the Davis Defendants entered into a final settlement agreement that resolved the insurance coverage dispute in this case, including Admiral's pending Motion for Summary Judgment that there exists no duty to defend or indemnify the Davis Defendants in Case No. 30-2021-01214563-CU-PL-CJC, *Victor Manuel Rodriguez, Individually and as Successor in Interest to the Estates of Maria Del Carmen Rodriguez and*

*Stephanie Rodriquez, et al. v. Gabriel Aguirre Cardenas, an Individual, et al.,* in the Superior Court of the State of California, Orange County – Central Justice Center (the "Underlying Lawsuit"). As part of that settlement the parties agreed to jointly request that this Court enter judgment with the following agreed language:

> "The Prior Products and Operations Exclusion in Admiral Insurance Company Policy No. CA000026458-02 eliminates Admiral Insurance Company's duty to defend and indemnify Wayne Dais, Wayne Davis Auto Group, LLC (and as also incorrectly named herein both as WDAG a Texas Partnership and WDAG, Inc.), and Mary Ann Davis, under Admiral Insurance Company CGL Policy No. CA000026458-02 and Admiral Insurance Company Excess Liability Policy No. GX000000338-02 with respect to the claims in the Case No. 30-2021-01214563-CU-PL-CJC, *Victor Manuel Rodriguez, Individually and as Successor in Interest to the Estates of Maria Del Carmen Rodriguez and Stephanie Rodriquez, et al. v. Gabriel Aguirre Cardenas, an Individual, et al.,* in the Superior Court of the State of California, Orange County – Central Justice Center (the "Underlying Lawsuit").
>
> It is further ORDERED and DECLARED that Admiral Insurance Company has no duty to defend or indemnify Wayne Davis, Wayne Davis Auto Group, LLC, (and as also incorrectly named herein both as WDAG a Texas Partnership and WDAG, Inc.), and Mary Ann Davis, with respect to any claims in the Underlying Lawsuit. Each party will bear its own court costs, mediation fees, and attorney's fees."

Admiral and the Davis Defendants settled the claims in a manner where it was agreed that Admiral has no coverage for the Underlying Lawsuit, and the Davis Defendants and Admiral jointly move this Court to enter that proposed judgment.

WHEREFORE, PREMISES CONSIDERED, Admiral Insurance Company and the Davis Defendants respectfully request that the Court enter final judgment as reflected in the attached order.

Respectfully submitted,

**RYMER, ECHOLS & NELSON-ARCHER, P.C.**

By: _____
Nathan M. Rymer
State Bar No. 00792814
2603 Augusta Drive, Suite 1270
Houston, Texas 77057
T: (713) 626-1550
F: (713) 626-1558
Email: nrymer@resnlaw.com

**FEE, SMITH & SHARP LLP**

Travis M. Casey
State Bar No. 24087268
13155 Noel Road #1000
Dallas, Texas 75240
T: (972) 980-3271
Email: tcasey@feesmith.com

**ATTORNEYS FOR PLAINTIFF ADMIRAL INSURANCE COMPANY**

**THE SEIBERT LAW FIRM PC**

By: /s/ Andrew W. Seibert
Andrew W. Seibert
State Bar No. 00788385
3825 W. Green Oaks Blvd., Ste. 250
Arlington, Texas 76016
T: (817) 999-4309
Email: andrew@mytexaslawyer.com

**ATTORNEY FOR DEFENDANTS WAYNE DAVIS, MARY ANN DAVIS, and WAYNE DAVIS AUTO GROUP, LLC**

4

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing instrument has been served on all known counsel of record by the Court's e-filing system, in accordance with the Federal Rules of Civil Procedure, on August 22, 2025.

                                                                        Nathan M. Rymer