UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**ADMIRAL INSURANCE COMPANY,**

   Plaintiff,

v.                                **No. 4:24-cv-00776-P**

**REGENCY CONVERSIONS INC., ET AL.,**

   Defendants.

## ORDER AND FINAL JUDGMENT

The parties reached a settlement of this case while Plaintiff Admiral Insurance Company's Motion for Summary Judgment ECF No. (31) is pending before the Court. The parties have agreed to the following Order as part of that Settlement.

Accordingly, this Court enters **JUDGMENT** that the Prior Products and Operations Exclusion in Admiral Insurance Company Policy No. CA000026458-02 eliminates Admiral Insurance Company's duty to defend and indemnify Wayne Davis, Wayne Davis Auto Group, LLC (and as also incorrectly named herein both as WDAG a Texas Partnership and WDAG, Inc.), and Mary Ann Davis, under Admiral Insurance Company CGL Policy No. CA000026458-02 and Admiral Insurance Company Excess Liability Policy No. GX000000338-02 with respect to the claims in Case No. 30-2021-01214563-CU-PL-CJC, *Victor Manuel Rodriguez, Individually and as Successor in Interest to the Estates of Maria Del Carmen Rodriguez and Stephanie Rodriquez, et al. v. Gabriel Aguirre Cardenas, an Individual, et al.*, in the Superior Court of the State of California, Orange County – Central Justice Center (the "Underlying Lawsuit"). It is further **ORDERED** and **DECLARED** that Admiral Insurance Company has no duty to defend or indemnify Wayne Davis, Wayne Davis Auto Group, LLC, (and as also incorrectly named herein both as WDAG a Texas Partnership and WDAG, Inc.), and Mary Ann Davis, with respect to any claims in the Underlying Lawsuit. Each

party will bear its own court costs, mediation fees, and attorney's fees. All relief not expressly granted herein is denied.

Plaintiff's Motion for Summary Judgment (ECF No. 31) is **DENIED** as moot.

**SO ORDERED** on this **25th day of August 2025.**

_____
**MARK T. PITTMAN**
UNITED STATES DISTRICT JUDGE